# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2740

_____

Daniel Rolando Ortega Marroquin,     *
                                     *
        Petitioner,                  *
                                     *  Petition for Review of
    v.                               *  an Order of the Board
                                     *  of Immigration Appeals.
Eric H. Holder, Jr., Attorney General *
of the United States,                *  [UNPUBLISHED]
                                     *
        Respondent.                  *

_____

Submitted: April 29, 2010
Filed: May 4, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Daniel Marroquin petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and cancellation of removal. We conclude that the denial of asylum and withholding of removal was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008) (standard of review); Zacarias-Velasquez v. Mukasey, 509 F.3d 429, 433-34 (8th Cir. 2007) (persecution must be on account of protected ground); Bartolo-Diego v. Gonzales, 490 F.3d 1024, 1027-28 (8th Cir. 2007) (same). We deny Marroquin's request to reconsider our prior order dismissing his petition with respect

to the denial of cancellation of removal.  <u>See</u> 8 U.S.C. § 1252(a)(2)(B)(i) ("no court shall have jurisdiction to review" denial of cancellation of removal); <u>Zacarias-Velasquez</u>, 509 F.3d at 434 (whether alien meets exceptional-and-extremely-unusual-hardship threshold "is precisely the discretionary determination" shielded from our review under § 1252(a)(2)(B)).

Accordingly, we deny the petition for review.

_____